UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HILL,

        Petitioner,

                                  Case No. 10-CV-14056
v.                              HON. GEORGE CARAM STEEH

STEVE RIVARD,

        Respondent.
_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION (#8) AND DISMISSING PLAINTIFF'S PETITION

On October 6, 2010, petitioner filed this application for writ of habeas corpus. On April 27, 2011, respondent filed a response. On November 2, 2012, Magistrate Judge Komives issued a twenty-three page report and recommendation that petitioner's application for writ of habeas corpus be denied and that petitioner be denied a certificate of appealability. The objection deadline has passed and no objections were filed. The court has reviewed the report and recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Komives's November 2, 2012 report and recommendation, denies plaintiff a certificate of appealability, and dismisses plaintiff's petition.

SO ORDERED.

Dated: January 9, 2013

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 9, 2013, by electronic and/or ordinary mail and upon Charles Hill, #211525, Muskegon Correctional Facility, 2400 S. Sheridan, Muskegon, Michigan 49442.

s/Barbara Radke
Deputy Clerk